550 F.2d 1057
 2 Media L. Rep. 1818
 GORE NEWSPAPERS COMPANY, Plaintiff-Appellee,
v.
Robert L. SHEVIN, as Attorney General of the State of
Florida, et al., Defendants-Appellants,
v.
ORLANDO SENTINEL STAR CO. et al., Intervenors-Appellees.
 No. 75-3288.
 United States Court of Appeals,
Fifth Circuit.
 April 15, 1977.
 
 Robert L. Shevin, Atty. Gen., Dept. of Legal Affairs, Civil Div., Wm. C. Sherrill, Jr., Asst. Atty. Gen., William S. Stevens, III, Thomas A. Beenck, Asst. Atty. Gen., Civil Div., Dept. of Legal Affairs, Tallahassee, Fla., for defendants-appellants.
 Rex Conrad, Fort Lauderdale, Fla., for Gore, Etc.
 Susan W. Diner, Parker D. Thomson, Miami, Fla., for Miami Herald Publishing Co.
 Ronald A. Harbert, Orlando, Fla., for Orlando Sentinel, Etc.
 Don H. Reuben, Chicago, Ill., for Gore & Sentinel Star.
 Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed on the basis of the opinion of the district court, 397 F.Supp. 1253 (S.D.Fla.1975). See also Buckley v. Valeo, 424 U.S. 1, 96 S.Ct. 612, 46 L.Ed.2d 659.
 
 
 2
 AFFIRMED.